JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 571 -- In re Audia/Metropolitan Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/10/27 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Metropolitan Federal Savings & Loan Assoc. w/cert. of svc.<br>SUGGESTED TRANSFEREE DISTRICT: E.D. Virginia (ds) |
| 83/11/07 | | APPEARANCES: ARTHUR KAHN, ESQ. for Audia Development Co., Inc., Anthony R. Audia; JOHN H. RUST, JR., ESQ. for Metropolitan Federal Savings and Loan Association (cds) |
| 83/11/08 | | APPEARANCE: ROBERT D. GROSSMAN, JR., ESQ. for Kenneth W. Hersey and Charles Runyon (cds) |
| 83/11/14 | 2 | RESPONSE, BRIEF -- Audia Development Co., Inc. -- w/cert. of service (cds) |
| 83/11/14 | 3 | RESPONSE -- KENNETH W. HERSEY AND CHARLES RUNYON -- w/cert. of svc. (jsj) |
| 83/11/18 | 4 | REPLY -- Metropolitan Federal Savings & Loan Association -- w/cert. of service (cds) |
| 83/12/19 | | HEARING ORDER -- Setting motion of defendant Metropolitan Federal Savings & Loan Assoc. for transfer of actions to the E.D. Va., for Panel hearing on January 26, 1984, in Atlanta Georgia. (ds) |
| ~~84/01/26~~ | | ~~HEARING APPEARANCES: JOHN H. RUST, JR., ESQ. for Metropolitan~~ |
| 84/01/17 | 5 | SUPPLEMENTAL RESPONSE -- pltf. Audia Development Co., Inc. w/svc. (ds) |
| 84/01/26 | | HEARING APPEARANCE: JOHN H. RUST, JR., ESQ. for Metropolitan Federal Savings and Loan Association (cds) |
| 84/01/26 | | WAIVERS OF ORAL ARGUMENT: Audia Development Co., Inc. and Anthony R. Audia; Kenneth W. Hersey and Charles Runyon (cds) |
| 84/02/03 | | ORDER DENYING TRANSFER of litigation (A-1 & A-2) pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 571 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 1/26/84 | 2/3/84 | MO (Denied) | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 2/3/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 571 -- In re Audia/Metropolitan Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Audia Development Co., Inc. v. Metropolitan Federal Savings & Loan Assoc., et al. | D. Md. Howard | H-82-2214 | | | | |
| A-2 | Audia Development Co., Inc. v. Metropolitan Federal Savings and Loan Assoc., et al. | E.D.Va. Bryan | 83-954-A | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 571 -- In re Audia/Metropolitan Litigation

---

AUDIA DEVELOPMENT CO., INC. (A-1 and A-2)
 (also counter defendant in A-2)
ANTHONY R. AUDIA (deft.)
Arthur Kahn, Esq.
1825 K Street, N.W.
Suite 722
Washington, D.C.   20006


METROPOLITAN FEDERAL SAVINGS AND
LOAN ASSOCIATION
John H. Rust, Jr., Esq.
McCandlish, Lillard, Rust & Church
The Barbour House
4069 Chain Bridge Road
Fairfax, Virginia   22030


KENNETH W. HERSEY
CHARLES RUNYON
Robert D. Grossman, Jr., Esq.
Grossman & Flask
1101 14th Street, N.W.
Washington, D.C.   20005

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 571 -- In re Audia/Metropolitan Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Metropolitan Federal Savings & Loan Assoc. | A-1, A-2 |
| Kenneth W. Hensey | A-1, |
| Anthony R. Audia | A-1, A-2, |
| Charles Runyon | A-1, |
| Audia Development Co., Inc. | A-2, |