JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -3 1984

DOCKET NO. 571

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AUDIA/METROPOLITAN LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of one action pending in the District of Maryland and one action pending in the Eastern District of Virginia. Metropolitan Federal Savings and Loan Association (Metropolitan), the defendant in each action, has moved the Panel under 28 U.S.C. §1407 to transfer the Maryland action to the Eastern District of Virginia for coordinated or consolidated pretrial proceedings with the action pending there. The plaintiff in the Maryland and Virginia actions, and two defendants named in Metropolitan's third-party complaint in the Maryland action, oppose transfer.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. The two actions in this docket involve disputed interpretations of the same contractual agreement. Whatever common factual questions may be present, however, are not in our view so complex, or the accompanying discovery so time-consuming, as to warrant transfer. Moreover, discovery in the Virginia action is complete and a March, 1984, trial has been scheduled. See In re Royal Typewriter Co. (Royal Bond Copier) Breach of Warranty Litigation, 435 F.Supp. 925 (J.P.M.L. 1977).

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

_____

* Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

SCHEDULE A

MDL-571 -- In re Audia/Metropolitan Litigation

### District of Maryland

Audia Development Co., Inc. v. Metropolitan Federal Savings
& Loan Assoc., et al., C.A. No. H-82-2214

### Eastern District of Virginia

Audia Development Co., Inc. v. Metropolitan Federal Savings
and Loan Assoc., et al., C.A. No. 83-954-A